**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 9:17-cv-80410-CIV-ROSENBERG/BRANNON**

JAMES DONAHUE,

Plaintiff,

v.

HIBISCUS HOUSE DOWNTOWN
HOLDING COMPANY, LLC and
HIBISCUS HOUSE DOWNTOWN,
LLC,

Defendants.

_____/

## ORDER DISMISSING CASE

THIS CAUSE is before the Court on the parties' Stipulation of Dismissal with Prejudice. DE 13.

The Court has carefully considered the stipulation and is otherwise fully advised in this matter.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. This action and all claims asserted herein are **DISMISSED WITH PREJUDICE** pursuant to
   Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. This case shall be **CLOSED**.

3. All pending motions are **DENIED AS MOOT**, all deadlines are **TERMINATED**, and
   all hearings are **CANCELLED**.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 29th day of June, 2017.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record